■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL COLLAZO, Appellant. [709 NYS2d 78] —Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered August 1, 1996, convicting defendant, after a jury trial, of attempted burglary in the second degree, and sentencing him, as a persistent felony offender, to a term of 15 years to life, unanimously modified, on the law, the facts and as a matter of discretion in the interest of justice, the persistent felony offender finding is vacated, the sentence reduced to 3½ to 7 years, and otherwise affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL COLLAZO, Appellant. [710 NYS2d 525] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered September 20, 1996, convicting defendant, upon his plea of

guilty, of burglary in the second degree, and sentencing him, as a second felony offender, to a term of 10 years imprisonment, unanimously modified, on the law and the facts and as a matter of discretion in the interest of justice, the sentence is reduced to 7 years, to run concurrently with the sentence in *People v Collazo* (273 AD2d 93 [decided herewith]), and otherwise affirmed.

In view of our disposition of defendant's New York County conviction, there is no basis for reversal. We find the sentence herein excessive to the extent indicated. Concur—Rosenberger, J. P., Ellerin, Wallach and Saxe, JJ.